UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHANIE WILSON,<br><br>                Plaintiff,<br><br>    v.<br><br>CHASE BANK USA, N.A.,<br><br>                Defendant. | NO. 3:12-cv-05388<br><br>DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

Defendant Chase Bank USA, N.A. is wholly owned by its parent corporation, JPMorgan Chase & Co., which is a publicly held corporation trading under the stock symbol JPM.

DATED this 1st day of May, 2012.

                                        s/ David A. LeMaster
                                        David A. LeMaster, WSBA 22874
                                        Hackett, Beecher & Hart
                                          1601 Fifth Avenue, Suite 2200
                                          Seattle, WA 98101
                                          Tel (206) 624-2200
                                          Fax (206) 624-1767
                                          dlemaster@hackettbeecher.com
                                          Counsel for Defendant

DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT (Case No. 3:12-cv-05388) – 1

Law Offices of
**Hackett, Beecher & Hart**
1601 Fifth Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-2200