THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHANIE WILSON,<br><br>                      Plaintiff,<br><br>    v.<br><br>CHASE BANK USA, N.A.,<br><br>                      Defendant. | NO. 3:12-cv-05388-RBL<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the parties' Stipulation to Dismiss with Prejudice, it is hereby ORDERED that this action is dismissed with prejudice and without costs to any party.

DATED this 3rd day of July, 2012.

_____
Ronald B. Leighton
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE (Case No. 3:12-cv-05388-RBL) – 1

WEISBERG & MEYERS, LLC
5025 N. Central Ave., #602
Phoenix, AZ  85012
888-595-9111 ext. 412
866-565-1327 facsimile
Dkurz@AttorneysForConsumers.com

1  Presented by:

2  Dennis R. Kurz
   WSBA #43735
3  Weisberg & Meyers, LLC
   5025 North Central Avenue, Suite 602
4  Phoenix, AZ  85012
   (888) 595-9111
5  dkurz@attorneysforconsumer.com
   Counsel for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER OF DISMISSAL WITH PREJUDICE (Case No. 3:12-cv-05388-RBL) – 2

WEISBERG & MEYERS, LLC
5025 N. Central Ave., #602
Phoenix, AZ  85012
888-595-9111 ext. 412
866-565-1327 facsimile
Dkurz@AttorneysForConsumers.com